# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No: CR 13-174 RHK/SER |
| | Date: 5/23/14 |
| Gabriel Orion Lowther, | Court Reporter: Carla Bebault |
| | Courthouse: St. Paul |
| Defendant. | Courtroom: 7A |
| | Time Commenced: 10:00 a.m. |
| | Time Concluded: 10:20 a.m. |
| | Sealed Hearing Time: 20 Minutes |
| | Time in Court: 20 Minutes |

Before Richard H. Kyle, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

   For Plaintiff:   Allen A. Slaughter, Jr.

   For Defendant:   Daniel C. Guerrero  ☐ FPD  √ CJA  ☐ Retained  ☐ Appointed

Interpreter/Language: n/a

☐ **Evidentiary Hearing** (only select if witness list filed)

√ **Sentencing.**

√ Hearing held on objections to the presentence report.

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| Count 1 | √ | | 120 months | | 5 years | | |

Said terms to run  ☐ concurrently  ☐ consecutively

√ Special conditions of :

**See J&C for special conditions**

✓ Defendant sentenced to pay:
- ☐ Fine in the amount of $.
- ☐ Restitution in the amount of $.
- ☐ Costs of prosecution in the amount of $ to be paid .
- ✓ Special assessment in the amount of $100 to be paid immediately.

☐ Plea and plea agreement accepted.
☐ Court Ordered Denial of Federal Benefits.
☐ Execution of sentence of imprisonment suspended until.
☐ Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.
☐ Execution of sentence of fine suspended.
☐ On Motion of the Gov't., the indictment in is dismissed as to this defendant only.
☐ Motion for departure is   ☐ granted    ☐ denied.
✓ Defendant remanded to the custody of the U.S. Marshal.

s/Kathy Thobe<br>Calendar Clerk